COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Jenneese Patricia Banks v. The State of Texas

Appellate case number:    01-11-00766-CR

Trial court case number:  1759292

Trial court:              County Criminal Court at Law No. 14 of Harris County

On February 1, 2013, we directed appellant to file a brief no later than March 4, 2013. *See* TEX. R. APP. P. 37.3(c), 38.6. Appellant did not respond. On March 21, 2013, we notified appellant that a brief had not been filed, and we required a response within 10 days. *See* TEX. R. APP. P. 38.8(b)(2). Appellant's retained counsel, Patrick Ngwolo, filed a motion for extension of time to file appellant's brief, stating that appellant has suffered financial hardship and has been unable to pay counsel's fee for the brief.

Pursuant to Rule of Appellate Procedure 38.8(b)(2), we must abate the appeal and remand the case to the trial court for a hearing to determine whether appellate desires to prosecute the appeal, whether she is indigent, and whether counsel should be appointed. *See id.*

We direct the trial court to conduct a hearing at which a representative of the Harris County District Attorney's Office, Counsel Ngwolo, and appellant shall be present.[1] The trial court shall have a court reporter record the hearing. The trial court is directed to make appropriate findings on these issues:

(1) whether appellant wishes to prosecute the appeal; and, if so,

(2) whether appellant is presently

    (a) indigent, in which case the trial court should appoint appellate counsel at no expense to appellant, or

---

1    If appellant is incarcerated, at the trial court's discretion, appellant may participate in the hearing by closed-circuit video teleconference. Any such teleconference must use a closed-circuit video teleconference system that provides for a simultaneous compressed full motion video and interactive communication of image and sound between the trial court, appellant, and any attorneys representing the State or appellant. On request of appellant, appellant and her counsel shall be able to communicate privately without being recorded or heard by the trial court or the attorney representing the State.

      (b)  not indigent, but has not made the necessary arrangements for filing a brief; and

(3)    any other appropriate findings and recommendations.

*See* TEX. CODE CRIM. PROC. ANN. arts. 1.051(d), 26.04; TEX. R. APP. P. 38.8(b).

The trial court shall cause its findings and recommendations (including the name, address, telephone number, and State Bar number of any substitute counsel), and the reporter's record of the hearing to be filed in this Court **no later than May 3, 2013.** *See* TEX. R. APP. P. 38.8(b)(3). If the hearing is conducted by video teleconference, a certified video recording of the hearing shall be filed in this Court no later than May 3, 2013.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when clerk's and reporter's records that comply with this order have been filed in this Court. The trial court coordinator shall set a hearing date and notify the parties and the Clerk of this Court of such date**.**

Appellant's motion for extension of time to file a brief is **dismissed as moot**.

It is so **ORDERED**.

Judge's signature: /s/ Laura C. Higley
                      ☑ Acting individually    ☐ Acting for the Court

Date: April 2, 2013